**Kurt C. Peterson, OSB #980065**
**kurt.peterson@harrang.com**
HARRANG LONG P.C.
111 SW Columbia St., Suite 950
Portland, OR 97201
Telephone:    (503) 242-0000
Facsimile:    (541) 686-6564
**Julian Marrs, OSB #154743**
**julian.marrs@harrang.com**
HARRANG LONG P.C.
800 Willamette St., Suite 770
Eugene, OR 97401
Telephone:    (541) 485-0220
Facsimile:    (541) 686-6564
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **RODERICK E. THEIS, II,**<br><br>Plaintiff,<br><br>vs.<br><br>**INTERMOUNTAIN EDUCATION SERVICE DISTRICT BOARD OF DIRECTORS; MARK S. MULVIHILL, Superintendent; and AIMEE VANNICE, Assistant Superintendent and Director of Human Resources, all in their official capacities,**<br><br>Defendants. | Case No. 2:25-cv-00865-HL<br><br>**DECLARATION OF AIMEE VANNICE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Aimee VanNice, hereby declare as follows:

Page 1 – **DECLARATION OF AIMEE VANNICE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1.    I am currently employed by InterMountain Service District ("IMESD") as the Director of Human Resources and Assistance Superintendent. I have been in this role since July 2021.

2.    IMESD provides services to schools and school districts in Morrow, Umatilla, Union, Wallowa, Grant, Baker, and Malheur counties. IMESD provides services in four areas: special education, technology, school improvement, and administrative services.

3.    IMESD provides those services to school districts and their schools pursuant to a local service plan and state and federal contracts. IMESD employees are not the employees of the school districts and schools IMESD serves. IMESD is not the employer of any of the staff of school districts or schools to which IMESD provides services. IMESD staff are sometimes given workspaces in the schools IMESD serves that they would not otherwise be afforded as a member of the public.

4.    IMESD does not have any control over how the school districts or schools it serves manage their employees, the workspaces of their employees, the contents of those school's libraries or classrooms, or those schools' curricula. IMESD's oversight is limited to its own employees.

5.    Mr. Theis is employed as an Education Specialist for IMESD. The primary role of an Education Specialist is to support school teams by: assessing students who have academic and/or behavioral needs; specifically answering referral questions through those assessments; providing clear and effective reports and recommendations; consulting with parents, teachers, and other educational staff; and providing a variety of behavioral supports including functional behavior assessments and behavior support plans. Education Specialists work in support and at the direction of a school psychologist, with one of the Education Specialist's duties being to submit cognitive evaluations to school psychologists for review, as assigned, and be willing to collaborate, revise and adjust, as guided. Education Specialists are required to follow IMESD polices, rules, and procedures and to show sensitivity to individual differences.

Page 2 – **DECLARATION OF AIMEE VANNICE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

6. It is incorrect to characterize IMESD's Every Student Belongs Policy as simply being intended by IMESD to prevent students, staff, and visitors from being "offended" by bias incidents. The policy isn't about discomfort or being offended. Bias incidents can cause harm and create traumatic stress that can inhibit a student's ability to learn. It is intended and interpreted by IMESD to create a safe and welcome environment where students can have equal access to education and services. It is a recognition that every student benefits from a calm, collected, happy environment, and every student should be free to receive their education without fear of hatred, racism, or violence. That kind of environment permits students to learn, work, and develop to their fullest potential.

7. IMESD's Every Student Belongs Policy and Bias Incident Complaint Procedure Policy are not intended to be punitive. The letter of directive issued to Mr. Theis in this matter is not discipline.

8. Other than the books Mr. Theis displayed in his workspace, no other bias incident has come to the attention of IMESD administration based on the decoration of workspaces. IMESD is unaware of any other IMESD employees displaying art, books, or other workspace decorations that comment on the issue of gender identity.

9. The Every Student Belongs and Bias Incident Complaint Procedure are not intended or implemented to prevent employees from presenting their views on any specific topic provided that those views are not bias incidents. The policies do not require IMESD employees to ask permission before they present specific views or decorate their workspace.

10. I investigated a bias incident related to Mr. Theis displaying two books in his workspace at La Grande Middle School.

11. The covers of the books in Mr. Theis' La Grande workspace created an unwelcome environment for and were an expression of animus towards gender expansive students. My determination of this fact was not based on the reasons why Mr. Theis wanted to display these books or on his religious beliefs, but instead because of the impact that the

Page 3 – **DECLARATION OF AIMEE VANNICE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

expression would have on the environment for the students Mr. Theis serves. It is not difficult to imagine expressions like "He is He" and "She is She" potentially impeding a gender expansive student from realizing the full benefits of the services Mr. Theis provides on behalf of IMESD. The books at issue were displayed so that they would be visible to a student to whom Mr. Theis was providing services as he provided the services and were the only decoration in his workspace so that the books were emphasized. Display of these books in Mr. Theis's workspace, in which neutrality is crucial, creates an implicit message of exclusion and the book's perspective on gender diminishes the validity of non-binary and transgender experiences. The display of the books undermines IMESD's efforts to maintain an equitable and welcoming environment for students, staff, and visitors.

12. Mr. Theis described his desire to display the books as being rooted in an attempt to make his workspace more welcoming to students and as art for his workspace, not as an attempt to make any particular statement.

13. Mr. Theis is not prevented from decorating his workspace with books other than those subject to the directive.

14. Mr. Theis does not have to ask for permission to decorate his office or to take expressive acts.

15. The educational process attendant to enforcement of the Every Student Belongs Policy is intended to give those who commit bias incidents insight into what makes their particular expressive conduct violative of the Every Student Belongs Policy.

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this __30__ day of June, 2025.

By: _Aimee VanNice_
Aimee VanNice

**Page 4 – DECLARATION OF AIMEE VANNICE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**