| | |
|---|---|
| **From:** | Aimee VanNice |
| **To:** | Rod Theis |
| **Subject:** | RE: Copy of Complaint? |
| **Date:** | Monday, September 15, 2025 5:31:55 PM |
| **Attachments:** | Book.docx |
| | 10.18.24.pdf |

Rod,

Per your request, see attached documents.

 **Aimee VanNice** | Director of Human Resources / Assistant Superintendent
Aimee.VanNice@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.966.3206 **voice** | 541.966.4696 **fax**

**From:** Rod Theis <Rod.Theis@imesd.k12.or.us>
**Sent:** Thursday, September 4, 2025 1:10 PM
**To:** Aimee VanNice <Aimee.VanNice@imesd.k12.or.us>
**Subject:** Copy of Complaint?

Hi Aimee,

I would like to know if I can get a copy of the complaint that IMESD received on October 18, 2024, from the La Grande School District or an employee of the La Grande School District (whichever it was).  If there is some specific process that I need to go through to get a copy of it, please let me know what that is or how to do so.

Thank you,

Rod

 **Rod Theis, LCSW** | Education Specialist
Rod.Theis@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.276.3211 **voice** | 541.966.3240 **fax**

This message, including any attachments or links, may contain privileged, confidential and/or legally protected information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete all copies of the original communication including any attachments and/or links.

**Theis Decl. Ex. 01 at 001**

Hi Gretchen,

I have a concern about Rod Theis having materials in his office that I feel could be considered inappropriate. He has two books behind his desk called "He is He" and "She is She." They are placed standing up directly behind the desk he uses and in clear view of the seat he has students use when they are being tested (I've attached a photo from the perspective of a student in that spot). I'm unsure what the point of having the books would be for a diagnostician. Both books are explicitly religious and clearly transphobic, although trans people are never explicitly mentioned. I've also attached some photos of pages in the books. I wanted to make sure you were aware of this as I don't think this material is appropriate to have on display in a public school.

Thank you,

Rachael Oliver

**Theis Decl. Ex. 01 at 002**



# DEDICATION

To all the incredible women in our lives, thank you for loving, nurturing, inspiring, and shaping us into who we are today.♥ ♥♥

To every girl out there...you are so precious.☺ God designed you beautifully and uniquely. Whether you're a princess or whether you're a warrior (or if you're a princess warrior), love who you were created to be! ★

Guys, no matter what society says, you ⸰always⸰ matter. Don't let our culture erase women.

**Theis Decl. Ex. 01 at 003**



Theis Decl. Ex. 01 at 004





## What does the Bible say?

The Bible has **a lot** to say about how and why God created us. God designs everything with a purpose. Girls and boys are the same in some ways and very different in others. This makes life *wonderful*. Here are a few verses that can remind you how ✦**special**✦ you are.

1. "So God created mankind in His own image, in the image of God He created them; male and female he created them." **Genesis 1:27 (NLT)**

2. "For You made the parts inside me. You put me together inside my mother." **Psalms 139:13 (NLV)**

3. "For we are God's masterpiece. He has created us anew in Christ Jesus, so we can do the good things he planned for us long ago." **Eph 2:10 (NLT)**

of this world, but let God transform

**Theis Decl. Ex. 01 at 006**