| | |
|---|---|
| **From:** | Kim Youncs |
| **To:** | Rod Theis |
| **Subject:** | Complaints |
| **Date:** | Monday, July 14, 2025 10:28:39 AM |
| **Attachments:** | Complaint #2_Redacted.pdf |
| | Complaint Form-Durant.pdf |
| | Complaint from Rachael Oliver re_ Rod Theis_Redacted.pdf |

**Rod,**

Attached are the complaints I referenced in our phone conversation.

Your meeting with Keith Ussery is scheduled for Wednesday, July 23rd at 11:00 am in the Juniper conference room at the IMESD in Pendleton.

As far as OEA representation, I encourage you to keep reaching out to OEA for guidance. You are also welcome to bring any IMESD licensed employee with you to the meeting next week.

Kim



**Aimee VanNice** | Director of Human Resources / Assistant Superintendent
Aimee.VanNice@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.966.3206 **voice** | 541.966.4696 **fax**

**Theis Decl. Ex. 02 at 001**

**From:** Rachael Oliver <rachael.oliver@lagrandesd.org>
**Sent:** Friday, May 23, 2025 9:49 AM
**To:** Gretchen McKay <Gretchen.McKay@imesd.k12.or.us>
**Subject:** regarding R.Theis

Hi Gretchen,

I was in a third-year evaluation meeting with Rod Theis on Wednesday. The student we were meeting on has some severe anxiety issues. During the meeting she got very overwhelmed and started shooting down many ideas the team was pointing out. She also spent a lot of time complaining about different aspects of school, teachers, and peers. Rod visibly got frustrated and made a comment that he used to work in day treatment, he also mentioned his LCSW, and told the mom and the student that she is more severe than any kid he worked with in day treatment. He emphasized how concerned he was and said the student needed day treatment level care because her behavior was so severe.

He had never spent time with the student and wasn't even the one to give her the self-report evaluation (I did so she would be more comfortable). I felt that his statements were way out of line considering he doesn't know the student. Also, based on my interactions with this student, she is nowhere near the level of concern he raised the

**Theis Decl. Ex. 02 at 002**

alarm for.

Rod has demonstrated his inability to remain professional in several meetings this year and has been reported to our principal by myself and other teachers regarding his inability to communicate professionally with parents.  He oversteps his professional role regularly and his behavior hasn't changed when addressed by our principal.  I'm very concerned with his level of professionalism.

Let me know if you have questions,

Rachael Oliver

Theis Decl. Ex. 02 at 003



**From:** Taia Young <Taia.Young@imesd.k12.or.us>
**Sent:** Thursday, May 22, 2025 12:55 PM
**To:** Gretchen McKay <Gretchen.McKay@imesd.k12.or.us>
**Subject:** formal complaint

Hi Gretchen,

I would like to file a Biased Incident complaint against a colleague. On April 2, 205, Rod Theis sent me anti-trans text messages knowing that my child identifies as a trans-male. He has indicated to me that adults who support "the false narratives" of these children are doing harm; implying that I am harming my child. In addition, I am concerned that he

**Theis Decl. Ex. 02 at 004**

intentionally sought me out through his complaints against the ESD knowing that his beliefs and actions would be in direct conflict with my own and with my family's choices. I also worry that him knowing about my child will at some point hurt us; it appears that his agenda goes beyond just expressing his beliefs and that makes me feel very uneasy as I sit in my office teary eyed.

I know that he has said some of these things to other colleagues and I am hopeful that they will also file a complaint.
Please let me know what else you need from me.
Thank you
Taia



**Taia Young** | School Psychologist
Taia.Young@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us

This message, including any attachments or links, may contain privileged, confidential and/or legally protected information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete all copies of the original communication including any attachments and/or links.

**Theis Decl. Ex. 02 at 005**

**InterMountain ESD**

**Complaint Form**

**Person Making Complaint**: Liz Durant, School Psychologist

 **Phone Number**: 541-379-9002

 **Email:** liz.durant@imesd.k12.or.us

**Nature of Complaint**:  Bias Incident Complaint against Rod Theis, Education Specialist

*Description of Incident:*
On January 17, 2025 around 3:30 p.m. after our School Psychology Department meeting in the Juniper Room at IMESD in Pendleton, Rod Theis and I stayed behind to talk. Rod was asking me questions about the School Psychologist Licensure program at Eastern Washington University (EWU) since he had submitted an application and I recently completed the program.

Rod asked me questions about how much work the program is, how much time it takes, and how hard it is. I told him it is a very big commitment, but it goes by quickly, and I believed he would do well because he's smart and has extensive on-the-job experience.

In response, Rod said, *"As long as I don't have to deal with any of that transgender stuff."*

I was immediately taken aback that Rod would make that comment in our place of employment as it insinuated an anti-transgender attitude and prejudice.  I was also thankful in the moment that no one else was in the room or building to overhear his comment, knowing that we have youth and adults in our community who are transgender. Rod's comment could have been very hurtful to someone who is transgender themselves or has a close friend or family member who is transgender.

I chose not to engage with Rod further about his remark because I didn't want to argue or get into a personal conversation with him about a sensitive topic. Having worked with Rod for many years, I am well aware that his personal views are different from mine—and different from the values we are expected to follow at work. In that moment, I recognized the potential for further discussion between us to become uncomfortable or unproductive and it was not an appropriate topic to debate in the workplace setting.

At first, I didn't think I needed to report what happened. Rod's comment to me was definitely inappropriate and uncomfortable, but since the conversation was only between us, I chose to not escalate it. Looking back, I realize I was hoping Rod's comment was just an isolated incident that he felt comfortable expressing only to me during a private conversation. But later, when Rod's lawsuit against the ESD became public, I read more about his other inappropriate behavior in the workplace. That made me realize this incident may be part of a pattern of Rod expressing his transphobic beliefs in the workplace, and may be affecting his ability to be professional in his role at IMESD. Rod's inappropriate and bias behavior at work needs to be addressed.

I am filing this complaint as a bias incident consistent with its definition per IMESD Board Policy ACB:

*"Bias incident" means a person's hostile expression of animus toward another person, relating to the other person's perceived race, color, religion, gender identity, sexual orientation, disability or national origin, of which criminal investigation or prosecution is impossible or inappropriate. Bias incidents may include derogatory language or behavior.*

**Theis Decl. Ex. 02 at 006**

I have reviewed IMESD's board policy KL-AR (1) which outlines the procedures for expressing and resolving complaints.  I am filing a written, formal complaint rather than attempting to resolve this informally with Rod because of the sensitive and serious nature of the issue. Comments related to gender identity and expression—particularly those that could be perceived as dismissive or discriminatory—require thoughtful and appropriate handling.  I believe it is important for this incident to be formally documented to ensure accountability and to contribute to Rod's record of workplace behavior that violates the expectation of respect, inclusion, and professional conduct. Addressing this informally would not reflect the weight or impact of the situation, and I feel it's necessary to elevate it to the level of my Supervising Administrator and Human Resources Director.

**Who should we talk to and what evidence should we consider?**

There were no other people in the room when Rod made the comment. However, I later told two of my coworkers—Taia Young and Mary Walker—about what happened. I believe they can confirm that I shared this with them.

**Suggested solution/resolution/outcome:**

- Ensure that Rod does not engage in hostile expression, derogatory language, or derogatory behavior about transgender people (children and adults) in the workplace—either directly or indirectly.

- Ensure that Rod does not express his personal opinions in the workplace that could make others feel unsafe, disrespected or targeted.

- Ensure that Rod's professional performance is supportive, inclusive, safe, accepting, and respectful toward all persons - particularly those who have experienced marginalization in educational setting - as expected by his employer and professional affiliations, even if job expectations differ from his personal beliefs.

- Documentation of this complaint on file with HR so there is a record of Rod's bias-related behavior while working at IMESD.

It does not bring me joy or happiness to file this complaint about Rod, nor is it something I take lightly. Rod has many qualities that I value and respect, both as a colleague and as a friend. He has shown me kindness and support, professionally and personally, and I appreciate him for that. I have seen him show these same admirable behaviors towards students and co-workers. However, the pattern of comments and behaviors about transgender people that Rod has displayed while on the job in public education settings cannot go unaddressed and I feel a deep responsibility to speak up. The mistreatment and marginalization of transgender individuals—especially transgender youth—have serious and often devastating consequences, including disproportionately high rates of depression and suicide. I am concerned about Rod's ability to do his job ethically, fairly and respectfully for all students, colleagues and other stakeholders. The standards of equity and inclusion that our profession requires are meant to do no harm. When Rod outwardly demonstrates his anti-transgender beliefs and sentiments, he is doing harm.

**Signature of Complainant:**

*Liz Durant, Ed.S.*

**Date:** 5/30/25