Taia Young ⌄

for change and worked with us to do better

Opt out today is the same as the freedom foundation

2:08 PM

I am as joined as the IMESDEA will let me be... and the FreedomFoundation is only one resource In working with.  I have others as well.

2:08 PM

We have invited you to join
But we pay dues for the benefits and you've chosen not to

2:09 PM



I urge you to do more

**Theis Decl. Ex. 03 at 001**

 **Taia Young** ⌄

research and step outside the bitterness I know you're feeling. I'm not against you but I can't support union busting efforts    2:10 PM

2:10 PM  I can't, in good conscience, pay for the political activities of the OEA and NEA. I've already explained this to you.

And I'm explaining my position to you! I believe in fairness for all- Including those you don't think have a place in our world

Fairness not



Theis Decl. Ex. 03 at 002

 **Taia Young**

dependent on religion or race or creed or gender or sexuality    2:11 PM

And I don't think I hold bitterness, I just want an inclusive workplace free of discrimination.

2:11 PM   Ok, thank you.

Is that what your books were about?    2:11 PM

Lack of discrimination?

I'm disappointed

And sad   2:12 PM

The only thing unfair or discriminatory

Theis Decl. Ex. 03 at 003

<  Taia Young ⌄    ⋮

about my books is the attack against them.

2:13 PM

They aren't neutral and you wouldn't like me sharing pro trans propaganda with children would you?

2:14 PM

It's the same thing
We are supposed to be neutral at work and inclusive

Everyone should feel safe and welcome in our spaces

2:15 PM

You should and I should and students should

2:16

Theis Decl. Ex. 03 at 004



**Taia Young**

I appreciated our earlier talks about trying to do better for our employees
I just feel it has taken a turn and I cannot in good conscience support the effort

I hope whatever the outcome you feel better somehow    2:17 PM

I also hope that talking with you honestly as a colleague doesn't come back to bite me later
I wish you all the best    2:20 PM

You know full well

Theis Decl. Ex. 03 at 005

 **Taia Young** ⌄

that schools are not neutral environments, and that transgender messaging is happening in our schools.

If you truly believe that our workplace should be inclusive and welcoming, then you would support getting rid of the divisive politics of the OEA, because the organization and t

**View all** 〉

2:20 PM

Prime? 2:20 PM

Thank you.



Theis Decl. Ex. 03 at 006



**Me**
2:20 PM, Apr 2

You know full well that schools are not neutral environments, and that transgender messaging is happening in our schools.

If you truly believe that our workplace should be inclusive and welcoming, then you would support getting rid of the divisive politics of the OEA, because the organization and their politics are exclusive and hostile toward all prime who won't financially support them and voice agreement with their values.

**Theis Decl. Ex. 03 at 007**



Theis Decl. Ex. 03 at 008



**Taia Young**

I'm trying to be inclusive hence the talks with you

I also support all students regardless of their gender identity They all need a safe space    2:22 PM

I was directly denied opportunity to attend the last IMESDEA meeting.  And I've been repeatedly denied the opportunity to participate in negotiation planning.    2:23 PM

Because it's a committee that's elected    2:23 PM

**Theis Decl. Ex. 03 at 009**

**Taia Young**

2:23 PM ...prior to that

There are only 6 people there    2:23 PM

I support all students as well    2:23 PM

Do you support my trans student?    2:23 PM

Do you support parents who choose a trans child rather than a suicidal one?    2:24 PM

I don't have the right to tell anyone else how to live
Everyone has the right to be who they are



Theis Decl. Ex. 03 at 010

 Taia Young

and not live in fear — 2:25 PM

Of course. I don't have to agree with someone's incongruent belief about sex/gender identity to be supportive of him or her.

2:25 PM  Agreed

But choices we make as educators can make students feel unsafe

Choices that we make as responsible adults can make people fearful — 2:26 PM

I'm not pushing for more trans or lgbtqia+



Theis Decl. Ex. 03 at 011



Taia Young

+ people but they exist and they have the right to live and learn in a safe space        2:27 PM

Just like white cisgender people

Denying the identity of a group of people isn't inclusive        2:28 PM

He is he and sometimes he is she But we are ALL WE!        2:29 PM

People need to learn to feel okay with not everyone agreeing with them on everything.  Especia... in an educational

Theis Decl. Ex. 03 at 012



**Taia Young**

environment.  It should be okay to have sound ideas present that are not harmful to anyone.

2:30 PM

You don't have to agree
Just don't bring it to work
They are harmful to some

I'm sad that you can't see that

2:30 PM

You of all people should understand- you've shared numerous stories with me about you and your loved ones being made to feel badly for



Theis Decl. Ex. 03 at 013

 **Taia Young**

your beliefs  2:31 PM

I can't see that. I believe transgenderism is harmful to those struggling with it. And that it is harmful for adults to play into these false narratives toward children.

2:32 PM

I don't want that for anyone
Especially children who are just trying to figure things out  2:32 PM

Well
I'll keep my live child and my false narratives. Good luck  2:33 PM



Theis Decl. Ex. 03 at 014



**Taia Young**

> I have only love and high regard for you and your child.  I hope you know that.

2:34 PM

I dont feel that Rod! And it makes me really sad

2:34 PM

> I'm sorry you don't feel that.  Please know that I do, even if it doesn't feel that way.

2:35 PM

How can you tell me that you know I'm harming my child by working through this with him
Then say that you hold me and my child in high regard?



Theis Decl. Ex. 03 at 015

 **Taia Young**

I also respect you a lot but I'm really struggling to understand a lot of these things

2:36 PM

Things that's you're pushing that can be harmful to me and to my child

2:39 PM

I am not applying anything in saying to you or your child.  I'm simply telling you what I think generally about the subjects you are asking me about.

I believe we all have to work through these things in the

Theis Decl. Ex. 03 at 016



**Me**
2:39 PM, Apr 2

I am not applying anything in saying to you or your child. I'm simply telling you what I think generally about the subjects you are asking me about.

I believe we all have to work through these things in the relationships and the people in our circles.  And that is up to each of us to do so as lovingly and ethically as we can.  I know you love your child and are doing  as you believe is best.

Theis Decl. Ex. 03 at 017

 Taia Young

But you'd have me banned from doing so?
2:40 PM

And that is a big reason why I've never said anything to you regarding your own situation.

What do you mean have you banned?
2:41 PM

That's the new executive order Is that parents can be charged for supporting their child in this situation- that the government should choose what's best for my child and my family



Theis Decl. Ex. 03 at 018

 **Taia Young** ⌄

That the parents and medical providers are not to be trusted and that billionaires and business men turned politicians know best...

2:42 PM

It has been this way toward parents for years, who have had their children forcibly taken away from them for not supporting what the state believes is best.  It's been so horrible. Parents should have the rights to raise their children as they see fit, and without interference.

**Theis Decl. Ex. 03 at 019**



## Me

2:46 PM, Apr 2

It has been this way toward parents for years, who have had their children forcibly taken away from them for not supporting what the state believes is best.  It's been so horrible.
Parents should have the rights to raise their children as they see fit, and without interference.

The question of harm is the change regarding this situation... and where the situating is not black/white clear about right/wrong, parents should always have the freedom to choose what's best.

Theis Decl. Ex. 03 at 020



**Taia Young**

Non of your personal problems affect me but I support you when you're treated unfairly- will you support me when I'm treated unfairly because of my choices in my family?    2:46 PM

The government is pushing for more control over our homes and families now

They don't care about any of us
They just want more money for themselves    2:47 PM

But they use these kinda of issues to divide



Theis Decl. Ex. 03 at 021



**Taia Young**

us so that we're weak and they can take what they want

That's what's divisive    2:48 PM

I support you.

Government is not pushing for more control... they are seeking to give more control back to parents.  The situation you are describing has been the case for years for those parents who don't support transgender things for their own children.

2:49 PM

Theis Decl. Ex. 03 at 022

 **Taia Young** ⌄

I will always do what I can to support parents and families.

2:50 PM

I disagree! Up to this point the medical and parents have had the right to make the decisions
Now those doctors will lose funding and not be able to support us
They are pushing for more control
That's what an executive order is- no one gets a say just him

2:50 PM

Will you add some gender affirming books



Theis Decl. Ex. 03 at 023



**Taia Young**

to that collection?

Or will you continue to push your belief?   2:51 PM

2:51 PM   My books were already gender affirming

2:52 PM   I will not add messages to my workspace that I believe are false or harmful.

According to focus on the family-
Which by the way is far from a Christian organization
What would happen if there was an executive



Theis Decl. Ex. 03 at 024

 **Taia Young**

order that said women could no longer vote?

I wouldn't either and those books would be the first to go

2:52 PM

What do you mean, what would happen?

2:53 PM

Or an executive order that said that non Christian families cannot raise children or biracial couples can't marry?

Would you be worried about government overstepping  then?

2:53 PM

Or is that all in line



**Theis Decl. Ex. 03 at 025**

 **Taia Young**

with your ideology? 2:54 PM

As free citizens, I would hope that all people will exercise their rights to live freely, regardless of what the government says.

2:54 PM

Again- I don't even wish more control on people I disagree with 2:54 PM

When prison is staring you down I'm not sure you'd have the option to live freely

I hope you're getting all the things you hoped for when you



Theis Decl. Ex. 03 at 026



**Taia Young**

cast that ballot... I know a lot of people are having regrets

2:55 PM

I have long been concerned with government overstepping their authority.  And I have long faced real consequences to doing what's right and for exercising my rights.  These are not hypothetical things for me.

2:56 PM

They aren't for me either and right now they're overstepping big time

2:56

Theis Decl. Ex. 03 at 027



**Taia Young** ⌄

So how do you support NASP ideology and believe that being supported as a trans person is harmful?

2:57 PM

Well, please keep in mind that none of us are easy to box up...we may disagree on some things, but I am for you, and your family.

2:58 PM

How will you follow all the ethical guidelines of being a school psych if you're anti-trans and anti-lgbtqia++?

I am aware



Theis Decl. Ex. 03 at 028

 **Taia Young**

That's why I don't just turn my back on you- as much as I want to sometimes

2:58 PM

I don't think you're trying to hurt people

So what's the damn solution Rod?

What are we all supposed to do?

2:59 PM

The stated NASP values are a challenge for sure...I believe I will find a way.  I pray a lot about this, and almost didn't accept the offer for admission because of the apparent conflict.

Theis Decl. Ex. 03 at 029



**Taia Young**

I will walk through it with love and discernment.

3:01 PM

I encourage us all to do the same... walk with love and discernment one step at a time.

3:02 PM

What does your wife think?

About the program and the NASP values?    3:02 PM

I have to get to a meeting... I'll pick this up in a bit.

3:02 PM

Ok





**Taia Young**

I'm off today   3:02 PM

So when you come back... did you have to remove the books or what happened? Liz just said you'd told her about someone complaining   3:03 PM

I was accused of and found guilty of a Bias Incident (part of hate crime policy).  Was required to remove the books, and can be fired if any further incidents occur.   3:13 PM

In Elgin?   3:25 PM

Theis Decl. Ex. 03 at 031



**Taia Young**

3:35 PM

La Grande Middle School

Oh ok that makes more sense

3:36 PM

3:36 PM

Complaint and process were through ESD...LGMS did not find that I did anything wrong, but did require books removed

Ok I wondered how the district could find you guilty
Wait how can the ESD find you "guilty"

3:37 PM

The same Aimee VanNice extremebia

Theis Decl. Ex. 03 at 032



**Taia Young** ⌄

3:38 PM  that you witnessed in the Sept 6th meeting

But don't they have to do an investigation? Did they suspend you or just a letter    4:03 PM

Just a letter. Ya, they did investigations.  But it still comes down to perspective on the books.    4:34 PM

Who do they have do the investigations? Just mark?    4:35 PM

Aimee... then Mark hired outside

Theis Decl. Ex. 03 at 033

 Taia Young

investigator, and he made his decision following that investigators report (and that investigator was a retired English teacher and ESD administrator from Portland/ Salem

4:37 PM

Interesting  4:39 PM

Ya, it seems pretty consistent with the extreme bias and targeting I've experienced many times.

4:56 PM

I just wondered who they would have do an investigation or how



Theis Decl. Ex. 03 at 034



**Taia Young**

all that worked                    4:57 PM

4:58 PM   I think their legal team set it up

I think ESD suspects legal action, because Mark stopped all direct communication with me in November...
it is all reviewed by their legal team and now comes formally through Danielle
4:59 PM   Sackett

They also originally mandated re-education/ addition training on transgenderaffirmin stuff, but mark

Theis Decl. Ex. 03 at 035

 

**Taia Young**

removed this requirement by the time all appeals were completed, several months later.

5:02 PM

Wow
When did it all happen?

5:02 PM

Filed October 18th... and though I had an active complaint against Aimee, mark refused to have someone else do the investigation

5:03 PM

Huh   5:32 PM

If you ever want to j

Theis Decl. Ex. 03 at 036



**Me**

6:16 PM, Apr 2

If you ever want to just talk about the things you've brought up, I'm happy to meet in person, or just talk on the phone. Just want you to know that.  All of these things affect me personally and people close to me and I have had to work through the reality of my own beliefs and loving people regardless of where they are at.

**Theis Decl. Ex. 03 at 037**