| | |
|---|---|
| **From:** | Kim Youncs |
| **To:** | Rod Theis |
| **Subject:** | RE: Complaints |
| **Date:** | Wednesday, July 16, 2025 8:28:33 AM |

Rod,

- Three complaints were filed:
  - two under Policy KL and one under Policy ACB
  - You received an email from Aimee VanNice this morning, notifying you of the adjustment to the standard timeline in policy ACB.

- After IMESD received the complaints, they worked with legal counsel on next steps.

- An outside investigator had to be established before moving forward.

- As you know, Keith Ussery will be the investigator.

- He will be interviewing the complainants in Pendleton on July 23rd.

- We understand that you have revoked your interview with Mr. Ussery on July 23rd.

- If you change your mind, Mr. Ussery will be available on the afternoon of July 23rd – you can notify me that you would like to meet with Mr. Ussery and an appointment will be set.

- If you choose to participate in the interview, you will be compensated your hourly rate during the time of the interview, as we understand the interview would be held during non-contract time.

Kim

 **Kim Youncs** | Human Resources Specialist
Kim.Youncs@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.966.3157 **voice** | 541.966.3240 **fax**

**From:** Rod Theis <Rod.Theis@imesd.k12.or.us>
**Sent:** Monday, July 14, 2025 2:04 PM
**To:** Kim Youncs <Kim.Youncs@imesd.k12.or.us>
**Subject:** RE: Complaints

**Theis Decl. Ex. 04 at 001**

Hi Kim,

I have had an opportunity to read through these complaints and try to begin processing my initial thoughts.

I want to revoke my initial willingness to meet with Keith on July 23rd until I have had an opportunity to consult with my lawyers and then I will get back with you, since it is obvious that all of these complaints are related to the current litigation and that the filing of all of them were likely retaliatory following the lawsuit going live on May 21st.

I would appreciate clarification regarding the following things as well in the meantime:

1. What policy is the IMESD employing regarding each of these complaints?
    a. One complaint suggests it is a bias incident complaint, another claims to be both KL-AR1 AND a Bias Incident complaint, and the third claims to be a general complaint.
2. Why wasn't I notified of these complaints immediately after them being received?
3. Why am I randomly being notified of them now, six to eight weeks after they were submitted?
4. And if the IMESD wants me to be engaged in work-related activities over the summer, then is my time dealing with these things considered as part of my contract days?

Thank you for the clarification when you have an opportunity to provide that, and I will let you know as soon as I hear back from my attorneys regarding the meeting options with Keith on July 23-24.

Rod



**Rod Theis, LCSW** | Education Specialist
Rod.Theis@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.276.3211 **voice** | 541.966.3240 **fax**

This message, including any attachments or links, may contain privileged, confidential and/or legally protected information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete all copies of the original communication including any attachments and/or links.

**From:** Kim Youncs <Kim.Youncs@imesd.k12.or.us>
**Sent:** Monday, July 14, 2025 10:28 AM
**To:** Rod Theis <Rod.Theis@imesd.k12.or.us>

**Theis Decl. Ex. 04 at 002**

**Subject:** Complaints

Rod,

Attached are the complaints I referenced in our phone conversation.

Your meeting with Keith Ussery is scheduled for Wednesday, July 23rd at 11:00 am in the Juniper conference room at the IMESD in Pendleton.

As far as OEA representation, I encourage you to keep reaching out to OEA for guidance. You are also welcome to bring any IMESD licensed employee with you to the meeting next week.

Kim



**Aimee VanNice** | Director of Human Resources / Assistant Superintendent
Aimee.VanNice@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.966.3206 **voice** | 541.966.4696 **fax**

**Theis Decl. Ex. 04 at 003**