

September 18, 2025

Dear Rod Theis,

This letter serves as notice that the investigation into the formal complaint filed against you by Taia Young on May 22, 2025 has been completed. As you are aware, IMESD engaged an investigator to review and investigate the concerns raised.

The investigator reviewed text message exchanges between you and Ms. Young, which addressed the topic of transgenderism. The investigator found that you expressed personal opinions on the subject, but did not find the comments to be derogatory or hostile expressions of animus toward another person required for a bias incident to occur. For these reasons, the investigator did not find there was sufficient evidence to constitute a bias incident in violation of IMESD Board Policy ACB.

We appreciate your patience throughout this process. If you have questions regarding this outcome, please feel free to contact the Director of Human Resources.

Respectfully,



Aimee VanNice
Assistant Superintendent and Director of Human Resources
(541) 966-3206

**MISSION**  To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION**  IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

Theis Decl. Ex. 06 at 001