

**InterMountain**
EDUCATION SERVICE DISTRICT

www.imesd.k12.or.us

2001 SW Nye Avenue
Pendleton, OR 97801

main 541.966.3100
fax 541.966.3240

September 18, 2025

Dear Rod Theis,

This letter serves as notice that the investigation into the formal complaint filed against you by Liz Durant on May 30, 2025 has been completed. As you are aware, IMESD engaged an investigator to review and investigate the concerns raised.

The investigator found that you were discussing the school psychology program at Eastern Washington University, when you remarked, "As long as I don't have to deal with any of that transgender stuff." The investigator concluded that this remark was not directed at any specific student, colleague, or member of the school community. Rather, the investigator found it to be a general, isolated statement expressed about your discomfort with transgenderism being part of a school program. The investigator did not find your remark to contain an expression of hostility or animus toward another person required for a bias incident to occur. For these reasons, the investigator did not conclude that your January 17, 2025, statement violated IMESD Board Policy ACB.

We appreciate your patience throughout this process. If you have questions regarding this outcome, please feel free to contact the Director of Human Resources.

Respectfully,

*aimee Vannice*

Aimee VanNice
Assistant Superintendent and Director of Human Resources
(541) 966-3206



**MISSION** To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION** IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 07 at 001**