

September 18, 2025

Dear Rod Theis,

This letter serves as notice that the investigation into the formal complaint filed against you by Rachael Oliver on May 22, 2025 has been completed. As you are aware, IMESD engaged an investigator to review and investigate the concerns raised.

The investigator found that your remarks created a risk of inadvertently committing IMESD to services and could have negatively impacted the student's self-esteem, but that there was insufficient evidence to conclude that any existing policy, administrative rule, or ethical standard were violated.

The investigator did conclude that your conduct at the May 21, 2025 meeting was not consistent with IMESD's Education Specialist job responsibilities and essential functions, specifically the required skill of demonstrating effective communication skills. The investigator found that based on the accounts of those present for the meeting, your tone and manner of communication expressed annoyance, dismissiveness, and a lack of self-regulation toward the family present for the meeting. The investigator concluded that your conduct during the meeting fell short of the expectations of an IMESD Education Specialist to communicate clearly and effectively, even in difficult conversations with parents, students, and school teams.

If you wish to appeal this decision, a written appeal may be submitted to the superintendent within five working days after your receiving this response. If you have questions regarding this outcome, please feel free to contact the Director of Human Resources.

Respectfully,



Aimee VanNice
Assistant Superintendent and Director of Human Resources
(541) 966-3206

MISSION VISION

To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 08 at 001**