



Date: September 24, 2025
Subject: Letter of Reprimand

Dear Mr. Theis,

This letter is in response to the investigation of the formal complaint filed against you on May 22, 2025. The complaint alleged that during the final portion of an IEP team meeting, when many participants had exited, you engaged in unprofessional conduct. Specifically, it was alleged that you exaggerated or inaccurately represented the severity of a student's behavior and made these observations without having spent time with the student. The allegations indicated that your comments were made in the presence of the student after becoming frustrated by the student's behavior during the IEP meeting. Concerns were raised about the impact your comments had on the student.

The investigator engaged by IMESD completed their investigation and concluded the following:

- Your conduct at the May 21, 2025, meeting was not consistent with IMESD's Education Specialist job responsibilities and essential functions, specifically the required skill of demonstrating effective communication skills.
- Sufficient evidence showed that you engaged in conduct that did not conform to certain skills, responsibilities and essential functions found in IMESD's Education Specialist job description:
  - Demonstrate effective communication skills
  - Communicate clearly and effectively, both orally and in writing, in a variety of situations, including difficult ones, with parents, students, school teams and the public.
- The investigator found that based on the accounts of those present for the meeting, your tone and manner of communication expressed annoyance, dismissiveness, and a lack of self-regulation toward the family present for the meeting.
- The investigator concluded that:
  - despite having only a passing familiarity with the student, you made a comment in the presence of the student and the student's parent that in effect, the student "is more severe than any student I've worked with in day treatment."
  - your conduct during the meeting fell short of the expectations of an IMESD Education Specialist to communicate clearly and effectively, even in difficult conversations with parents, students, and school teams.

This letter shall serve as an official Letter of Reprimand for your conduct immediately following the May 21, 2025, IEP meeting at LaGrande Middle School.

**MISSION**    To provide outstanding customer service to our school districts in four areas:
special education, technology, school improvement, and administrative services.

**VISION**    IMESD strives to ensure the success of every child by providing equitable services to close
the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 09 at 001**

**This letter of reprimand is preceded by multiple prior notices given to you regarding professionalism and job responsibilities, including:**

- December 17, 2019 – Letter of Expectation (Education Specialist responsibilities)
- December 17, 2019 – Letter of Directive (misrepresentation as a School Psychologist, Umatilla SD)
- March 22, 2018 – Written follow-up on professional expectations (Milton-Freewater SD)
- May 2019 – Supervisor communication regarding professional concerns and expectations (Milton-Freewater SD)
- May 23, 2022 – Letter of Directive (professionalism with IMESD staff)
- June 1, 2022 – Year-End Evaluation (concerns with professional responsibilities and communication in Ukiah SD, LaGrande SD, and IMESD; recommendations for maintaining professional and respectful communication and keeping student conversations school-focused)
- June 2024 – Year-End Evaluation (disrespectful communication with staff)
- June 2025 – Year-End Evaluation (personal concerns interfering with duties, disrespectful word choice with colleagues, difficulty building relationships in Elgin SD, engaging in conversations outside job responsibilities, and recommendations for maintaining professional boundaries and respecting agency decisions)

Going forward you are expected to consistently adhere to the Responsibilities and Essential Functions of the Education Specialist job description. (pages 3-8 below)

Please sign below that you have reviewed this letter and return this document to Aimee VanNice or Charlene Surber, Department of Human Resources at InterMountain ESD, Pendleton Office. You may return the physical document or scan and email. Your signature does not indicate you agree with the content of the document, and you may write a response to this letter. If you submit a response, it will be placed in your personnel file along with this Letter of ~~Directive.~~ Reprimand x aVanNice

Further misconduct of a similar nature may result in further disciplinary action, including the possibility of suspension without pay or termination.

Respectfully,

*aimee vannice*

Aimee VanNice
Director of Human Resources and Assistant Superintendent


_____
Employee Signature

9-24-25
Date

**Theis Decl. Ex. 09 at 002**

**JOB TITLE:**        Education Specialist
**DEPARTMENT:**    Early Learning Services
**REPORTS TO:**     Director of Early Learning Services
**FLSA STATUS:**     Exempt
**PREPARED BY:**    Human Resources

## PRIMARY ROLE:

The InterMountain ESD (IMESD) provides a wide range of services to seven counties in Eastern Oregon. The School Psychology and Behavioral Services department of IMESD includes school psychologists and educational specialists who are typically assigned to several schools and are responsible for supporting school teams by assessing students who have academic and/or behavioral needs; specifically answering referral questions through those assessments; providing clear and effective reports and recommendations; consulting with parents, teachers, and other educational staff; and providing a variety of behavioral supports including functional behavior assessments, behavior support plans.

## QUALIFICATIONS:

To perform this job successfully, an individual must be proficient in each responsibility and essential function of the position. The requirements listed below are representative of the knowledge, skill, and/or ability required. Individual will hold a valid driver's license and have reliable, insured transportation. If selected for the position, individual will complete a pre-employment background check.

## EDUCATION/CERTIFICATION/EXPERIENCE:

- Master's Degree in Psychology, Special Education or related field
- Training and experience in selecting, administering and scoring appropriate diagnostic procedures and assessment tools including intellectual, academic and behavioral measures
- Valid Oregon Driver's License
- Bilingual proficiency and/or multicultural experience strongly preferred

## REQUIRED SKILLS:

- Follow IMESD guidelines, rules and procedures
- Maintain integrity and confidentiality
- Exhibit regular punctuality and attendance
- Manage time efficiently and effectively
- Prioritize workload to accurately meet job requirements and timelines
- Cultivate positive and professional relationships, and show sensitivity to individual differences
- Demonstrate effective communication skills
- Resolve conflict in a professional manner
- Express ability to be flexible and cooperative in varying capacities
- Maintain organization and safety in the work environment

**Theis Decl. Ex. 09 at 003**

4

**RESPONSIBLITIES and ESSENTIAL FUNCTIONS**
**Planning and Preparation:**
- Participate in building SST/MTSS team meetings, Problem Solving meetings upon request.
- Participate in Comprehensive Evaluation Planning, IEP meetings and eligibility meetings.
- Participate in IMESD School Psychology department PLC and staff meetings.
- Provide assistance to staff in the design and implementation of appropriate interventions and accommodations for students.
- Review existing information through staff/student/family consultation and review of files/records to determine developmental history, current academic and functional levels.
- Determine most effective use of comprehensive and multifaceted assessment tools and practices.
- Coordinate with assigned school teams to complete special education, 504 and TAG evaluations within the state mandated timelines.

- **Implementation/Assessment:**
- Conduct comprehensive evaluations and functional behavior assessments.
- Participate in manifestation determinations and support behavior intervention development as needed or requested.
- Interpret evaluation data, progress monitoring data, psychological reports, psychiatric reports, and special education documents for teams and staff.
- Integrate evaluation data into a clear, organized and educationally relevant evaluation report.
- Write necessary assessment summaries and recommendations in a clear, informative, and timely manner.
- Contribute to program development that furthers the integration of social emotional development in the classroom.
- Provide consultation, short term counseling, and social skills services to individuals or small groups.
- Submit cognitive evaluation to School Psychologist for review, as assigned, and be willing to collaborate, revise and adjust, as guided.
- Maintain compliance with state and federal rules for establishing special education eligibility.
- Collaborate with mental health, state and county agencies to support school districts.

**Communication:**
- Maintain accurate, complete and confidential records as required by law, district policy and administrative regulations.
- Abide by all HIPPA laws and maintain confidentiality of clients and services provided at schools.
- Use technology fluently to manage all components of the job requirements.
- Communicate clearly and effectively, both orally and in writing, in a variety of situations, including difficult ones, with parents, students, school teams and the public.
- Work as an active, contributing team member of school teams, regional teams, district teams, and the School Psychology department.

**Professional Leadership and Conduct:**

**Theis Decl. Ex. 09 at 004**

5

- Exercise tact, diplomacy, independent judgment and aptitude for handling and processing privileged information with professional integrity
- Identifies professional strengths and limitations and sets and meets performance goals
- Strives to improve professional competence through an ongoing program of reading, workshops, seminars, conferences, classes and other professional development activities
- Creates a positive work environment by;
  o Tolerating others' points of view
  o Soliciting input from others
  o Resolving conflict at the lowest level possible
  o Responding effectively to crisis situations
  o Demonstrate sensitivity to issues related to gender, sexual identity or orientation, social and economic status, ethnicity, race, language and religion
- Follow IMESD procedures, especially as outlined in the Staff Handbook, and assists support staff to do the same
- Presents at in-service and workshops on a variety of school improvement topics including strategies for working with students or staff
- Remains knowledgeable of state and federal special education requirements

**Other Duties:**
1. Perform other reasonable duties that from time to time may be assigned to meet the usual and unusual demands placed on the organization.

**EFFORT:**

**Mental:**
- Make decisions, assess risk, perform complex work and proceed with insufficient information
- Ongoing shifts in priority and demands require the need for review and integration of diversified functions and interests

**Work Place:**
- Perform multiple tasks simultaneously
- Comply with IMESD Performance Standards
- Work effectively with and responds to people from diverse culture or backgrounds
- Maintain emotional control under stress
- Demonstrate professionalism and appropriate judgment in behavior, speech, and dress in a neat, clean, and appropriate professional manner for the assignment and work setting
- Performs duties in a courteous and efficient manner that builds the confidence of staff, students and the public being served by IMESD
- Confer regularly with immediate supervisor
- Develop job skills necessary to meet changes in the position
- Attend and actively participate in specialist meetings, special education meetings, staff meetings and workshops
- Use and maintain IMESD building property, equipment and materials appropriately

**Theis Decl. Ex. 09 at 005**

- Follow all IMESD policies, work procedures and reasonable requests by proper authority
- Maintain the integrity of confidential information relating to data, students, parents, staff or IMESD patrons
- Use or relay personal and agency information only in the course of performing assigned responsibilities and in the best interest of the individuals involved
- Fulfill duties associated with Mandatory Reporting for suspected child abuse or neglect.
- Have regular and punctual attendance at work and work activities, punctual in meeting deadlines, attending meetings, following schedules, respond to management directions and solicits feedback to improve performance
- This position requires travel throughout the IMESD service area. Overnight travel may be required for this position

## Other Duties:

- Perform other reasonable duties that may be assigned to meet the usual and unusual demands placed on the organization

## EFFORT:

### Mental:

- Learn new tasks and remember processes
- Maintain focus, make timely decisions and complete tasks independently

### Work Place:

- Comply with IMESD policies and procedures
- Proficiently meet IMESD Employee Evaluation Standards
- Dress in a neat, clean, and professional manner appropriate for the assignment and work setting
- Confer regularly with immediate supervisor
- Use and maintain IMESD building property, equipment and materials appropriately
- Complete required annual trainings assigned by IMESD
- Fulfill duties for Mandatory Reporting of suspected child abuse or neglect
- This position may involve travel throughout the IMESD service area, which requires employee to hold a valid driver's license, have reliable transportation and insurance.

**Theis Decl. Ex. 09 at 006**

**Physical:**

- The physical demands described below are representative of those that must be met by an employee to successfully perform the responsibilities and essential functions of this job.

## PHYSICAL REQUIREMENTS FOR RESPONSIBILITIES AND ESSENTIAL FUNCTIONS
**In 8-hour workday, this job requires:**

R - Rarely (Less than .5 hrs per day)       O - Occasionally (.5 – 2.5 hrs per day)
F - Frequently (2.5 – 5.5 hrs per day)       C - Continually (5.5 – 8 hrs per day)
NA – Not Applicable

| Physical Requirements | NA | R | O | F | C |
|---|---|---|---|---|---|
| Sitting | | | | X | |
| Stationary Standing | | | | X | |
| Walking (level surface) | | | | X | |
| Walking (uneven surface) | | | X | | |
| Crawling | | X | | | |
| Crouching (bend at knees) | | | | X | |
| Stooping (bend at waist) | | | | X | |
| Twisting (knees/waist/neck) | | | | X | |
| Turn/Pivot | | | | X | |
| Climbing (stairs) | | | | X | |
| Climbing (ladder) | | X | | | |
| Reaching overhead | | | | X | |
| Reaching extension | | | | X | |
| Repetitive use arms | | | | X | |
| Repetitive use of wrists | | | | X | |
| Repetitive use hands squeezing | | | X | | |
| Fine manipulation | | | | X | |
| Using foot control | | X | | | |
| Pushing/Pulling - Maximum weight:  40 lbs. | | | X | | |
| Lifting/Carrying - Maximum weight: 40 lbs. | | | X | | |

## WORKING CONDITIONS:
- This position involves working at IMESD campuses and/or school districts within the IMESD service area.
- This position is a full time, 190 day, ten month position.  The typical workweek is M-F, 8 hours a day.  There will be occasional prolonged and/or irregular hours.
- Employee could be exposed to blood or other potentially infectious materials or illnesses during the course of duties.
- Employee may be exposed to inappropriate student behavior such as hitting, kicking, biting, yelling, cussing and verbal threats.

**Theis Decl. Ex. 09 at 007**

8

- Any changes in contract days will be stipulated in each individual contract. Salary and benefits are established

through a negotiated agreement between the IMESD Employee Group and the IMESD Board of Directors.

- Employee schedule and assignment to be established by Director and/or Assistant Superintendent.

## ADDITIONAL INFORMATION:

| | |
|---|---|
| Employee Unit: | IMESD Licensed Association Bargaining Unit |
| Pay Grade: | Column 1 - Step 1 to Column 6 - Step 16 |
| Approved by: | HR Director |
| Last revised: | December 19, 2024 |

## NOTE:

IMESD believes that every individual makes a significant contribution to our success. That contribution should not be limited to assigned responsibilities. Therefore, this position description is designed to define essential knowledge, skills, responsibilities, effort and working conditions but should not limit the incumbent nor the organization to the work identified. It is our expectation that every employee will offer their services wherever and whenever necessary to ensure the success of the District's goals.

## EMPLOYEE STATEMENTS:

"I have reviewed the above position description and understand its contents."

"I am aware that my position description may be revised and updated at any time and once notified of changes, I remain responsible for knowledge of its contents."

"I am aware that my position description is not a contract of employment or a promise or guarantee of any specific terms or conditions of employment with IMESD."

"I hereby certify that I possess the physical and mental ability to fulfill the essential responsibilities/functions with or without accommodation(s). If I require accommodation(s) in order to fulfill any or all of the essential responsibilities/functions, I agree to provide information to the District regarding the requested accommodation(s)."

| | | |
|---|---|---|
| Employee Name (print) | Employee Signature | Date |

| | | |
|---|---|---|
| Supervisor Name (print) | Supervisor Signature | Date |

Theis Decl. Ex. 09 at 008