

 www.imesd.k12.or.us

2001 SW Nye Avenue
Pendleton, OR 97801

main 541.966.3100
fax 541.966.3240

October 13, 2025

Mr. Theis,

Through your legal counsel, IMESD received your appeal of the written decision made at Board Policy KL-AR Step One relating to a complaint filed against you by Rachael Oliver. In your correspondence, you submit an appeal to the Superintendent-Step Two. Under the applicable policy, KL-AR(1), "the complainant may file a written, signed complaint with the superintendent or designee clearly stating the nature of the complaint and a suggested remedy." Board Policy KL-AR(1) provides appeal rights for a complainant, not a respondent. As you are not a complainant in this matter, IMESD will not take further action on your appeal under Board Policy KL.

Respectfully,

Mark S. Mulvihill, Ed. D
Superintendent



**MISSION** To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION** IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 11 at 001**