| | |
|---|---|
| **From:** | Elliot R. Field  <efield@ghrlawyers.com> |
| **Sent:** | Wednesday, October 15, 2025 6:20 PM |
| **To:** | Matthew Ray |
| **Cc:** | Tyson Langhofer; Rebekah Schultheiss |
| **Subject:** | RE: Mark Mulvihill's Response Letter to Rod Theis KL-AR Appeal |

Matthew,

The appeal language in the letter as it applies to policy KL was intended only for the complainant. Apologies for any confusion. District policy KL language addresses its appeal process, which notes that the complainant may appeal, not the respondent. That aligns with the superintendent's response. I'm not sure what 'host' of due process violations you are referring to here. Mr. Theis had notice of the claims and findings involving him and was afforded an opportunity to respond. Should he choose, Mr. Theis has an avenue to challenge the letter of reprimand through the applicable collective bargaining agreement.

**Elliot R. Field**
**Garrett Hemann Robertson P.C.**
P.O. Box 749 ▪ Salem, Oregon 97308-0749 ▪ (503) 581-1501 ▪ www.ghrlawyers.com

**Confidentiality Notice**: This email and any attachments contain attorney privilege and confidential information intended only for the use of the individual or entity named above.  Any dissemination, distribution, and copying of this email to unintended parties are strictly prohibited.  If you have received this email in error, please immediately notify us by email or telephone.

**From:** Matthew Ray <mray@adflegal.org>
**Sent:** Tuesday, October 14, 2025 8:38 AM
**To:** Elliot R. Field <efield@ghrlawyers.com>
**Cc:** Tyson Langhofer <tlanghofer@adflegal.org>; Rebekah Schultheiss <rebekah@millardoffices.com>
**Subject:** RE: Mark Mulvihill's Response Letter to Rod Theis KL-AR Appeal

Mr. Field,

We write in response to IMESD Superintendent Mark Mulvihill's rejection of Mr. Theis' appeal letter. On September 24, Aimee VanNice issued the attached decision and Letter of Reprimand to Mr. Theis regarding a KL-AR Complaint filed by Rachael Oliver. On page 3 of the PDF, Ms. VanNice informed Mr. Theis that, "[i]f you wish to appeal this decision, a written appeal *may* be submitted *to the superintendent*[.]" In accordance with Ms. VanNice's instructions and Board Policy KL-AR, which provides for 10 working days to appeal, Mr. Theis submitted his appeal.

Now Superintendent Mulvihill has responded that Mr. Theis had no right to appeal under the policy because  "Board Policy KL-AR(1) provides appeal rights for a complainant, not a respondent." I won't get into the host of due process violations such a policy presents here. Instead, we respectfully request that, given Ms. VanNice's guidance to Mr. Theis, Superintendent Mulvihill consider his appeal.

Thank you,
Matthew Ray

**Theis Decl. Ex. 12 at 001**



Matthew Ray
Legal Counsel
+1 571 707 4655 (Office)
+1-571-249-2283;ext=14583 (Direct Dial)
+1 571 919 8790 (Mobile)
571-707-4790 (Fax)
mray@adflegal.org
ADFlegal.org

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message. PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.

Theis Decl. Ex. 12 at 002

   

September 18, 2025

Dear Rod Theis,

This letter serves as notice that the investigation into the formal complaint filed against you by Taia Young on May 22, 2025 has been completed. As you are aware, IMESD engaged an investigator to review and investigate the concerns raised.

The investigator reviewed text message exchanges between you and Ms. Young, which addressed the topic of transgenderism. The investigator found that you expressed personal opinions on the subject, but did not find the comments to be derogatory or hostile expressions of animus toward another person required for a bias incident to occur. For these reasons, the investigator did not find there was sufficient evidence to constitute a bias incident in violation of IMESD Board Policy ACB.

We appreciate your patience throughout this process. If you have questions regarding this outcome, please feel free to contact the Director of Human Resources.

Respectfully,



Aimee VanNice
Assistant Superintendent and Director of Human Resources
(541) 966-3206

**MISSION** To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION** IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 12 at 003**



 www.imesd.k12.or.us

**InterMountain**
EDUCATION SERVICE DISTRICT

 2001 SW Nye Avenue
Pendleton, OR 97801

 main 541.966.3100
fax 541.966.3240

September 18, 2025

Dear Rod Theis,

This letter serves as notice that the investigation into the formal complaint filed against you by Liz Durant on May 30, 2025 has been completed. As you are aware, IMESD engaged an investigator to review and investigate the concerns raised.

The investigator found that you were discussing the school psychology program at Eastern Washington University, when you remarked, "As long as I don't have to deal with any of that transgender stuff." The investigator concluded that this remark was not directed at any specific student, colleague, or member of the school community. Rather, the investigator found it to be a general, isolated statement expressed about your discomfort with transgenderism being part of a school program. The investigator did not find your remark to contain an expression of hostility or animus toward another person required for a bias incident to occur. For these reasons, the investigator did not conclude that your January 17, 2025, statement violated IMESD Board Policy ACB.

We appreciate your patience throughout this process. If you have questions regarding this outcome, please feel free to contact the Director of Human Resources.

Respectfully,

*aimee Vannice*

Aimee VanNice
Assistant Superintendent and Director of Human Resources
(541) 966-3206



**MISSION** To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION** IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 12 at 004**

   

September 18, 2025

Dear Rod Theis,

This letter serves as notice that the investigation into the formal complaint filed against you by Rachael Oliver on May 22, 2025 has been completed. As you are aware, IMESD engaged an investigator to review and investigate the concerns raised.

The investigator found that your remarks created a risk of inadvertently committing IMESD to services and could have negatively impacted the student's self-esteem, but that there was insufficient evidence to conclude that any existing policy, administrative rule, or ethical standard were violated.

The investigator did conclude that your conduct at the May 21, 2025 meeting was not consistent with IMESD's Education Specialist job responsibilities and essential functions, specifically the required skill of demonstrating effective communication skills. The investigator found that based on the accounts of those present for the meeting, your tone and manner of communication expressed annoyance, dismissiveness, and a lack of self-regulation toward the family present for the meeting. The investigator concluded that your conduct during the meeting fell short of the expectations of an IMESD Education Specialist to communicate clearly and effectively, even in difficult conversations with parents, students, and school teams.

If you wish to appeal this decision, a written appeal may be submitted to the superintendent within five working days after your receiving this response. If you have questions regarding this outcome, please feel free to contact the Director of Human Resources.

Respectfully,



Aimee VanNice
Assistant Superintendent and Director of Human Resources
(541) 966-3206

**MISSION** To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION** IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 12 at 005**

  

**InterMountain** EDUCATION SERVICE DISTRICT

www.imesd.k12.or.us

2001 SW Nye Avenue
Pendleton, OR 97801

main 541.966.3100
fax 541.966.3240

Date: September 24, 2025
Subject: Letter of Reprimand

Dear Mr. Theis,

This letter is in response to the investigation of the formal complaint filed against you on May 22, 2025. The complaint alleged that during the final portion of an IEP team meeting, when many participants had exited, you engaged in unprofessional conduct. Specifically, it was alleged that you exaggerated or inaccurately represented the severity of a student's behavior and made these observations without having spent time with the student. The allegations indicated that your comments were made in the presence of the student after becoming frustrated by the student's behavior during the IEP meeting. Concerns were raised about the impact your comments had on the student.

The investigator engaged by IMESD completed their investigation and concluded the following:

- Your conduct at the May 21, 2025, meeting was not consistent with IMESD's Education Specialist job responsibilities and essential functions, specifically the required skill of demonstrating effective communication skills.
- Sufficient evidence showed that you engaged in conduct that did not conform to certain skills, responsibilities and essential functions found in IMESD's Education Specialist job description:
  - Demonstrate effective communication skills
  - Communicate clearly and effectively, both orally and in writing, in a variety of situations, including difficult ones, with parents, students, school teams and the public.
- The investigator found that based on the accounts of those present for the meeting, your tone and manner of communication expressed annoyance, dismissiveness, and a lack of self-regulation toward the family present for the meeting.
- The investigator concluded that:
  - despite having only a passing familiarity with the student, you made a comment in the presence of the student and the student's parent that in effect, the student "is more severe than any student I've worked with in day treatment."
  - your conduct during the meeting fell short of the expectations of an IMESD Education Specialist to communicate clearly and effectively, even in difficult conversations with parents, students, and school teams.

This letter shall serve as an official Letter of Reprimand for your conduct immediately following the May 21, 2025, IEP meeting at LaGrande Middle School.

**MISSION**

To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION**

IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 12 at 006**

2

**This letter of reprimand is preceded by multiple prior notices given to you regarding professionalism and job responsibilities, including:**

- December 17, 2019 – Letter of Expectation (Education Specialist responsibilities)
- December 17, 2019 – Letter of Directive (misrepresentation as a School Psychologist, Umatilla SD)
- March 22, 2018 – Written follow-up on professional expectations (Milton-Freewater SD)
- May 2019 – Supervisor communication regarding professional concerns and expectations (Milton-Freewater SD)
- May 23, 2022 – Letter of Directive (professionalism with IMESD staff)
- June 1, 2022 – Year-End Evaluation (concerns with professional responsibilities and communication in Ukiah SD, LaGrande SD, and IMESD; recommendations for maintaining professional and respectful communication and keeping student conversations school-focused)
- June 2024 – Year-End Evaluation (disrespectful communication with staff)
- June 2025 – Year-End Evaluation (personal concerns interfering with duties, disrespectful word choice with colleagues, difficulty building relationships in Elgin SD, engaging in conversations outside job responsibilities, and recommendations for maintaining professional boundaries and respecting agency decisions)

Going forward you are expected to consistently adhere to the Responsibilities and Essential Functions of the Education Specialist job description. (pages 3-8 below)

Please sign below that you have reviewed this letter and return this document to Aimee VanNice or Charlene Surber, Department of Human Resources at InterMountain ESD, Pendleton Office. You may return the physical document or scan and email. Your signature does not indicate you agree with the content of the document, and you may write a response to this letter. If you submit a response, it will be placed in your personnel file along with this Letter of ~~Directive.~~ Reprimand

Further misconduct of a similar nature may result in further disciplinary action, including the possibility of suspension without pay or termination.

Respectfully,

*aimee vannice*

Aimee VanNice
Director of Human Resources and Assistant Superintendent

_____        2-24-25
Employee Signature                                      Date

3

**JOB TITLE:**        Education Specialist
**DEPARTMENT:**     Early Learning Services
**REPORTS TO:**      Director of Early Learning Services
**FLSA STATUS:**     Exempt
**PREPARED BY:**     Human Resources

## PRIMARY ROLE:

The InterMountain ESD (IMESD) provides a wide range of services to seven counties in Eastern Oregon. The School Psychology and Behavioral Services department of IMESD includes school psychologists and educational specialists who are typically assigned to several schools and are responsible for supporting school teams by assessing students who have academic and/or behavioral needs; specifically answering referral questions through those assessments; providing clear and effective reports and recommendations; consulting with parents, teachers, and other educational staff; and providing a variety of behavioral supports including functional behavior assessments, behavior support plans.

## QUALIFICATIONS:

To perform this job successfully, an individual must be proficient in each responsibility and essential function of the position. The requirements listed below are representative of the knowledge, skill, and/or ability required. Individual will hold a valid driver's license and have reliable, insured transportation. If selected for the position, individual will complete a pre-employment background check.

## EDUCATION/CERTIFICATION/EXPERIENCE:

- Master's Degree in Psychology, Special Education or related field
- Training and experience in selecting, administering and scoring appropriate diagnostic procedures and assessment tools including intellectual, academic and behavioral measures
- Valid Oregon Driver's License
- Bilingual proficiency and/or multicultural experience strongly preferred

## REQUIRED SKILLS:

- Follow IMESD guidelines, rules and procedures
- Maintain integrity and confidentiality
- Exhibit regular punctuality and attendance
- Manage time efficiently and effectively
- Prioritize workload to accurately meet job requirements and timelines
- Cultivate positive and professional relationships, and show sensitivity to individual differences
- Demonstrate effective communication skills
- Resolve conflict in a professional manner
- Express ability to be flexible and cooperative in varying capacities
- Maintain organization and safety in the work environment

**Theis Decl. Ex. 12 at 008**

4

## RESPONSIBLITIES and ESSENTIAL FUNCTIONS
### Planning and Preparation:
- Participate in building SST/MTSS team meetings, Problem Solving meetings upon request.
- Participate in Comprehensive Evaluation Planning, IEP meetings and eligibility meetings.
- Participate in IMESD School Psychology department PLC and staff meetings.
- Provide assistance to staff in the design and implementation of appropriate interventions and accommodations for students.
- Review existing information through staff/student/family consultation and review of files/records to determine developmental history, current academic and functional levels.
- Determine most effective use of comprehensive and multifaceted assessment tools and practices.
- Coordinate with assigned school teams to complete special education, 504 and TAG evaluations within the state mandated timelines.

- **Implementation/Assessment:**
- Conduct comprehensive evaluations and functional behavior assessments.
- Participate in manifestation determinations and support behavior intervention development as needed or requested.
- Interpret evaluation data, progress monitoring data, psychological reports, psychiatric reports, and special education documents for teams and staff.
- Integrate evaluation data into a clear, organized and educationally relevant evaluation report.
- Write necessary assessment summaries and recommendations in a clear, informative, and timely manner.
- Contribute to program development that furthers the integration of social emotional development in the classroom.
- Provide consultation, short term counseling, and social skills services to individuals or small groups.
- Submit cognitive evaluation to School Psychologist for review, as assigned, and be willing to collaborate, revise and adjust, as guided.
- Maintain compliance with state and federal rules for establishing special education eligibility.
- Collaborate with mental health, state and county agencies to support school districts.

### Communication:
- Maintain accurate, complete and confidential records as required by law, district policy and administrative regulations.
- Abide by all HIPPA laws and maintain confidentiality of clients and services provided at schools.
- Use technology fluently to manage all components of the job requirements.
- Communicate clearly and effectively, both orally and in writing, in a variety of situations, including difficult ones, with parents, students, school teams and the public.
- Work as an active, contributing team member of school teams, regional teams, district teams, and the School Psychology department.
### Professional Leadership and Conduct:

**Theis Decl. Ex. 12 at 009**

5

- Exercise tact, diplomacy, independent judgment and aptitude for handling and processing privileged information with professional integrity
- Identifies professional strengths and limitations and sets and meets performance goals
- Strives to improve professional competence through an ongoing program of reading, workshops, seminars, conferences, classes and other professional development activities
- Creates a positive work environment by;
o Tolerating others' points of view
o Soliciting input from others
o Resolving conflict at the lowest level possible
o Responding effectively to crisis situations
o Demonstrate sensitivity to issues related to gender, sexual identity or orientation, social and economic status, ethnicity, race, language and religion
- Follow IMESD procedures, especially as outlined in the Staff Handbook, and assists support staff to do the same
- Presents at in-service and workshops on a variety of school improvement topics including strategies for working with students or staff
- Remains knowledgeable of state and federal special education requirements

**Other Duties:**
1. Perform other reasonable duties that from time to time may be assigned to meet the usual and unusual demands placed on the organization.

**EFFORT:**
**Mental:**
- Make decisions, assess risk, perform complex work and proceed with insufficient information
- Ongoing shifts in priority and demands require the need for review and integration of diversified functions and interests

**Work Place:**
- Perform multiple tasks simultaneously
- Comply with IMESD Performance Standards
- Work effectively with and responds to people from diverse culture or backgrounds
- Maintain emotional control under stress
- Demonstrate professionalism and appropriate judgment in behavior, speech, and dress in a neat, clean, and appropriate professional manner for the assignment and work setting
- Performs duties in a courteous and efficient manner that builds the confidence of staff, students and the public being served by IMESD
- Confer regularly with immediate supervisor
- Develop job skills necessary to meet changes in the position
- Attend and actively participate in specialist meetings, special education meetings, staff meetings and workshops
- Use and maintain IMESD building property, equipment and materials appropriately

**Theis Decl. Ex. 12 at 010**

6

- Follow all IMESD policies, work procedures and reasonable requests by proper authority
- Maintain the integrity of confidential information relating to data, students, parents, staff or IMESD patrons
- Use or relay personal and agency information only in the course of performing assigned responsibilities and in the best interest of the individuals involved
- Fulfill duties associated with Mandatory Reporting for suspected child abuse or neglect.
- Have regular and punctual attendance at work and work activities, punctual in meeting deadlines, attending meetings, following schedules, respond to management directions and solicits feedback to improve performance
- This position requires travel throughout the IMESD service area. Overnight travel may be required for this position

**Other Duties:**
- Perform other reasonable duties that may be assigned to meet the usual and unusual demands placed on the organization

**EFFORT:**
**Mental:**
- Learn new tasks and remember processes
- Maintain focus, make timely decisions and complete tasks independently

**Work Place:**
- Comply with IMESD policies and procedures
- Proficiently meet IMESD Employee Evaluation Standards
- Dress in a neat, clean, and professional manner appropriate for the assignment and work setting
- Confer regularly with immediate supervisor
- Use and maintain IMESD building property, equipment and materials appropriately
- Complete required annual trainings assigned by IMESD
- Fulfill duties for Mandatory Reporting of suspected child abuse or neglect
- This position may involve travel throughout the IMESD service area, which requires employee to hold a valid driver's license, have reliable transportation and insurance.

**Theis Decl. Ex. 12 at 011**

7

**Physical:**
- The physical demands described below are representative of those that must be met by an employee to successfully perform the responsibilities and essential functions of this job.

## PHYSICAL REQUIREMENTS FOR RESPONSIBILITIES AND ESSENTIAL FUNCTIONS
**In 8-hour workday, this job requires:**

R - Rarely (Less than .5 hrs per day)          O - Occasionally (.5 – 2.5 hrs per day)
F - Frequently (2.5 – 5.5 hrs per day)          C - Continually (5.5 – 8 hrs per day)
NA – Not Applicable

| Physical Requirements | NA | R | O | F | C |
|---|---|---|---|---|---|
| Sitting | | | | X | |
| Stationary Standing | | | | X | |
| Walking (level surface) | | | | X | |
| Walking (uneven surface) | | | X | | |
| Crawling | | X | | | |
| Crouching (bend at knees) | | | | X | |
| Stooping (bend at waist) | | | | X | |
| Twisting (knees/waist/neck) | | | | X | |
| Turn/Pivot | | | | X | |
| Climbing (stairs) | | | | X | |
| Climbing (ladder) | | X | | | |
| Reaching overhead | | | | X | |
| Reaching extension | | | | X | |
| Repetitive use arms | | | | X | |
| Repetitive use of wrists | | | | X | |
| Repetitive use hands squeezing | | | X | | |
| Fine manipulation | | | | X | |
| Using foot control | | X | | | |
| Pushing/Pulling - Maximum weight:  40 lbs. | | | X | | |
| Lifting/Carrying - Maximum weight: 40 lbs. | | | X | | |

## WORKING CONDITIONS:
- This position involves working at IMESD campuses and/or school districts within the IMESD service area.
- This position is a full time, 190 day, ten month position.  The typical workweek is M-F, 8 hours a day.  There will be occasional prolonged and/or irregular hours.
- Employee could be exposed to blood or other potentially infectious materials or illnesses during the course of duties.
- Employee may be exposed to inappropriate student behavior such as hitting, kicking, biting, yelling, cussing and verbal threats.

**Theis Decl. Ex. 12 at 012**

8

- Any changes in contract days will be stipulated in each individual contract. Salary and benefits are established

through a negotiated agreement between the IMESD Employee Group and the IMESD Board of Directors.

- Employee schedule and assignment to be established by Director and/or Assistant Superintendent.

## ADDITIONAL INFORMATION:

| | |
|---|---|
| Employee Unit: | IMESD Licensed Association Bargaining Unit |
| Pay Grade: | Column 1 - Step 1 to Column 6 - Step 16 |
| Approved by: | HR Director |
| Last revised: | December 19, 2024 |

## NOTE:

IMESD believes that every individual makes a significant contribution to our success. That contribution should not be limited to assigned responsibilities. Therefore, this position description is designed to define essential knowledge, skills, responsibilities, effort and working conditions but should not limit the incumbent nor the organization to the work identified. It is our expectation that every employee will offer their services wherever and whenever necessary to ensure the success of the District's goals.

## EMPLOYEE STATEMENTS:

"I have reviewed the above position description and understand its contents."

"I am aware that my position description may be revised and updated at any time and once notified of changes, I remain responsible for knowledge of its contents."

"I am aware that my position description is not a contract of employment or a promise or guarantee of any specific terms or conditions of employment with IMESD."

"I hereby certify that I possess the physical and mental ability to fulfill the essential responsibilities/functions with or without accommodation(s). If I require accommodation(s) in order to fulfill any or all of the essential responsibilities/functions, I agree to provide information to the District regarding the requested accommodation(s)."

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Employee Name (print) | Employee Signature | Date |
| | | |
| _____ | _____ | _____ |
| Supervisor Name (print) | Supervisor Signature | Date |

**Theis Decl. Ex. 12 at 013**

   

www.imesd.k12.or.us

2001 SW Nye Avenue
Pendleton, OR 97801

main 541.966.3100
fax 541.966.3240

October 13, 2025

Mr. Theis,

Through your legal counsel, IMESD received your appeal of the written decision made at Board Policy KL-AR Step One relating to a complaint filed against you by Rachael Oliver. In your correspondence, you submit an appeal to the Superintendent-Step Two. Under the applicable policy, KL-AR(1), "the complainant may file a written, signed complaint with the superintendent or designee clearly stating the nature of the complaint and a suggested remedy." Board Policy KL-AR(1) provides appeal rights for a complainant, not a respondent. As you are not a complainant in this matter, IMESD will not take further action on your appeal under Board Policy KL.

Respectfully,



Mark S. Mulvihill, Ed. D
Superintendent

**MISSION** To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION** IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

Theis Decl. Ex. 12 at 014

# InterMountain ESD

Code:                    KL-AR(1)
Revised/Reviewed:    5/07/20; 2/16/22; 6/05/23

## Public Complaint Procedure

InterMountain ESD will use the complaint procedure as outlined below and the attached form to address complaints under this policy.

Any person who wishes to express a complaint is encouraged to discuss the matter with the employee involved. It is the intent of IMESD to solve problems and address all complaints as close as possible to their origin. This Step is considered informal complaint resolution.

**Step One**

> If the individual is unable to resolve a problem or concern with the employee, the individual may file a written, signed complaint with the supervising administrator and the HR Director within five working days of the employee's response. The supervising administrator will confer with the Human Resources Director in the evaluation of the complaint and render a decision within five working days after receiving the complaint. (A form is available, but is not required.)

**The Superintendent: Step Two**

> If Step One does not resolve the complaint, within 10 working days of the written response from the supervisor, the complainant may file a written, signed complaint with the superintendent or designee clearly stating the nature of the complaint and a suggested remedy.

> The superintendent or designee shall investigate the complaint, confer with the complainant and the parties involved, prepare a report of their findings and conclusion, and provide the report in writing or in an electronic form to the complainant within 10 working days after receiving the written complaint.

**The Board: Step Three**

> If the complainant is dissatisfied with the superintendent's or designee's findings and conclusion, the complainant may appeal the decision to the Board within five working days of receiving the superintendent's decision. The Board will review the findings and conclusion of the superintendent in a public meeting to determine what action is appropriate. The Board may use executive session if the subject matter qualifies under Oregon law. Appropriate action may include, but is not limited to, holding a hearing, requesting additional information, and adopting the superintendent's decision as the ESD's final decision. All parties involved, including the school administration, may be asked to attend such hearing for the purposes of making further explanations and clarifying the issues.

> If the Board chooses not to hear the complaint, the superintendent's decision in Step Two is final. The complainant shall be informed in writing or in electronic form of the Board's decision within 30 days from the receipt of the appeal by the Board. The Board's decision will address each allegation in the complaint and contain the reasons for the ESD's decision. The Board's decision will be final.

The timelines may be extended upon written agreement between the ESD and the complainant.

Public Complaint Procedure – KL-AR(1)
1-3

**Theis Decl. Ex. 12 at 015**

Complaints against the superintendent should be referred to the Board chair on behalf of the Board. The Board chair shall present the complaint to the Board in a Board meeting. If the Board decides an investigation is warranted, the Board may refer the investigation to a third party. When the investigation is complete, the results will be presented to the Board. The Board shall decide in open session what action, if any, is warranted. The Board may use executive session if the subject matter qualifies under Oregon law. A final written decision regarding the complaint shall be issued by the Board within 30 days of receipt of the complaint. The written decision of the Board will address each allegation in the complaint and reasons for the ESD's decision.

Complaints against the Board as a whole or against an individual Board member should be referred to the Board chair on behalf of the Board. The Board chair shall present the complaint to the Board in a Board meeting. If the Board decides an investigation is warranted, the Board may refer the investigation to a third party. When the investigation is complete, the results will be presented to the Board. The Board shall decide in open session what action, if any, is warranted. A final written decision regarding the complaint shall be issued by the Board within 30 days of receipt of the complaint. The written decision of the Board will address each allegation in the complaint and reasons for the ESD's decision.

Complaints against the Board chair may be referred directly to the Board vice chair on behalf of the Board. The Board vice chair shall present the complaint to the Board in a Board meeting. If the Board decides an investigation is warranted, the Board may refer the investigation to a third party. When the investigation is complete, the results will be presented to the Board. The Board shall decide in open session what action, if any, is warranted. A final written decision regarding the complaint shall be issued by the Board within 30 days of receipt of the complaint. The written decision of the Board will address each allegation in the complaint and reasons for the ESD's decision.

The ESD's final decision for a complaint processed under this administrative regulation that alleges a violation of Oregon Administrative Rule (OAR) Chapter 581, Division 22 (Division 22 Standards), ORS 339.285 – 339.303 or OAR 581-021-0550 – 581-021-0570 (Restraint and Seclusion), or ORS 659.852 (Retaliation), will be issued in writing or electronic form. The final decision will address each allegation in the complaint and contain reasons for the ESD's decision. If the complainant, who is a parent or guardian of a student attending school in the ESD or is receiving services from the ESD, a student or a person that resides in the ESD, and this complaint is not resolved through the complaint process, the complainant may appeal[1] with the ESD's final decision to the Deputy Superintendent of Public Instruction under OAR 581-002-0001 – 581-002-0023.

---

[1] An appeal must meet the criteria found in OAR 581-002-0005(1)(a).

Public Complaint Procedure – KL-AR(1)
2-3

**Theis Decl. Ex. 12 at 016**

**InterMountain ESD**

**COMPLAINT FORM**

TO: ☐ Employee* ☐ Administrator/Supervisor* ☐ Superintendent ☐ Board chair ☐ Board vice chair  *
Form available, but is not required.

Person Making Complaint _____

Phone Number _____     Email _____

Nature of Complaint _____
_____
_____
_____
_____
_____
_____

Who should we talk to and what evidence should we consider? _____
_____
_____
_____
_____

Suggested solution/resolution/outcome: _____
_____
_____
_____
_____
_____

Signature of Complainant: _____     Date: _____

..................................................................................................................................

**Office Use**

Disposition of Complaint: _____
_____
_____

Signature: _____     Date: _____

cc: ESD Office

Public Complaint Procedure – KL-AR(1)
3-3

**Theis Decl. Ex. 12 at 017**