

InterMountain
EDUCATION SERVICE DISTRICT

www.imesd.k12.or.us

2001 SW Nye Avenue
Pendleton, OR 97801

main 541.966.3100
fax 541.966.3240

**August 27, 2025**

To:     **Rod Theis**

From:   **Aimee VanNice, Director of Human Resources and Assistant Superintendent**

Subject:  **Notice of Change in Work Location**

Mr. Theis,

On August 26, 2025, LaGrande School District informed InterMountain ESD that they had received several complaints regarding your conduct at LaGrande Middle School on August 25, 2025.

Effective immediately, and while LaGrande School District conducts its investigation, you are directed to report to and work from the LaGrande ESD itinerant office space on the days you are scheduled to work in LaGrande. During this time, you are not to enter or report to any LaGrande School District buildings.

While working at the LaGrande ESD, you may continue to complete paperwork related to your LaGrande School District responsibilities and continue to serve Imbler School District. Your supervisor, Gretchen McKay, will coordinate with you regarding any LaGrande meetings that need coverage during this period.

This change in work location is not disciplinary in nature. You will be notified regarding next steps. If you have any questions during this time, please contact Human Resources.

Respectfully,

*aimee Vannice*

Aimee VanNice
Human Resources Director and Assistant Superintendent
(541) 966-3206

**MISSION**  To provide outstanding customer service to our school districts in four areas: special education, technology, school improvement, and administrative services.

**VISION**  IMESD strives to ensure the success of every child by providing equitable services to close the opportunity gap. We are committed to the values of antiracism and multiculturalism.

**Theis Decl. Ex. 13 at 001**