**From:**   Chris Wagner
**To:**     Rod Theis
**Subject:** Re: Meeting Request
**Date:**   Monday, September 8, 2025 9:18:19 AM

Rod,

Thank you for your email. Based on your response, we will take your position as outlined in your writing and we will look to set up a meeting with your legal counsel and ours.  He will be available after September 17.  You are welcome to provide any additional information or documentation you would like us to consider, and we will include it in the record.

On Thu, Sep 4, 2025 at 10:50 AM Rod Theis <Rod.Theis@imesd.k12.or.us> wrote:

> Hi Chris,
>
> As I'm sure you are aware, I am currently involved in litigation with IMESD regarding the display of certain books in my office. The U.S. District Court of Oregon recently entered an injunction which allowed me to resume displaying the books in my office when students that I serve are not present in that space and which prohibited IMESD from taking disciplinary action against me related to displays of the books under those circumstances.
>
> Consistent with the Court's order, I once again began displaying the books in my LGMS office on Friday, August 22. On Monday, August 25, before school was scheduled to resume, a group of students (whom I did not know) entered my office unannounced. They expressed a desire to see my books. I attempted to change the subject and ask who the students were and why they were in my office, but before I knew it, they had grabbed one of my books and began reading it aloud. At this point, Rachael Oliver walked by my office and collected the students, whom she seemed to be familiar with.
>
> Given Rachael's proximity to my office during these events and the fact that she has previously filed a complaint against me with IMESD, this incident appears to have been a targeted action against me for a matter which is, as I noted above, currently the subject of ongoing litigation.
>
> Therefore, I request that LGSD's attorney contact mine to discuss the display of my books moving forward. Please provide his or her contact information. I would also appreciate a copy of the complaint.

**Theis Decl. Ex. 14 at 001**

Thank you,

Rod

**Rod Theis, LCSW** | Education Specialist
Rod.Theis@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.276.3211 **voice** | 541.966.3240 **fax**

This message, including any attachments or links, may contain privileged, confidential and/or legally protected information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete all copies of the original communication including any attachments and/or links.

**From:** Chris Wagner <chris.wagner@lagrandesd.org>
**Sent:** Wednesday, September 3, 2025 2:41 PM
**To:** Rod Theis <Rod.Theis@imesd.k12.or.us>
**Cc:** Aimee VanNice <Aimee.VanNice@imesd.k12.or.us>; Scott Carpenter <scott.carpenter@lagrandesd.org>
**Subject:** Re: Meeting Request

Hi Rod,

Sounds good, thanks for letting me know.

Chris

On Wed, Sep 3, 2025 at 2:03 PM Rod Theis <Rod.Theis@imesd.k12.or.us> wrote:

> Hi Chris,
>
> I haven't forgotten about your request and am hopeful to have something more concrete to share with you by tomorrow afternoon.
>
> Rod

**Theis Decl. Ex. 14 at 002**



**Rod Theis, LCSW** | Education Specialist
Rod.Theis@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.276.3211 **voice** | 541.966.3240 **fax**

This message, including any attachments or links, may contain privileged, confidential and/or legally protected information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete all copies of the original communication including any attachments and/or links.

**From:** Chris Wagner <chris.wagner@lagrandesd.org>
**Sent:** Tuesday, September 2, 2025 9:57 AM
**To:** Rod Theis <Rod.Theis@imesd.k12.or.us>
**Cc:** Aimee VanNice <Aimee.VanNice@imesd.k12.or.us>; Scott Carpenter <scott.carpenter@lagrandesd.org>
**Subject:** Re: Meeting Request

Thank you for responding.  Please let me know when you are available.

Chris

On Fri, Aug 29, 2025 at 11:27 AM Rod Theis <Rod.Theis@imesd.k12.or.us> wrote:

> Hi Chris,
>
> I have received your meeting request regarding the referenced complaint.
>
> I will need to consult with my legal counsel before confirming availability, and they are currently out for the holiday weekend, so at this time I cannot confirm availability on Tuesday afternoon.  I will plan to follow up with you regarding availability early next week.
>
> Act justly, love mercy & walk humbly,
>
> Rod

**Theis Decl. Ex. 14 at 003**

**Rod Theis, LCSW** | Education Specialist
Rod.Theis@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
**541.276.3211 voice** | 541.966.3240 **fax**

This message, including any attachments or links, may contain privileged, confidential and/or legally protected information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete all copies of the original communication including any attachments and/or links.

**From:** Chris Wagner <chris.wagner@lagrandesd.org>
**Sent:** Thursday, August 28, 2025 2:26 PM
**To:** Rod Theis <Rod.Theis@imesd.k12.or.us>
**Cc:** Aimee VanNice <Aimee.VanNice@imesd.k12.or.us>; Scott Carpenter <scott.carpenter@lagrandesd.org>
**Subject:** Meeting Request

Rod,

I find it necessary to meet with you in order to discuss circumstances regarding a complaint filed with La Grande School District regarding student access to books in your office.  As part of this process, you are entitled to representation at this meeting.

I would like to meet with you on Tuesday, September 2nd in the afternoon.  Please let me know what time would work for you.  If Tuesday does not work, please let me know your earliest availability.

Respectfully,
Chris

--

Christopher J Wagner

**Principal**

**La Grande Middle School**

(541)663-3425

chris.wagner@lagrandesd.org

*Act Justly, Love Mercy, Walk Humbly*

--

Christopher J Wagner

**Principal**

**La Grande Middle School**

**(541)663-3425**

chris.wagner@lagrandesd.org

*Act Justly, Love Mercy, Walk Humbly*

--

Christopher J Wagner

**Principal**

**La Grande Middle School**

**(541)663-3425**

chris.wagner@lagrandesd.org

*Act Justly, Love Mercy, Walk Humbly*

--

Christopher J Wagner
**Principal**
**La Grande Middle School**

**Theis Decl. Ex. 14 at 005**

(541)663-3425
chris.wagner@lagrandesd.org

*Act Justly, Love Mercy, Walk Humbly*

Theis Decl. Ex. 14 at 006