| | |
|---|---|
| **From:** | Aimee VanNice |
| **To:** | Rod Theis |
| **Subject:** | RE: Interview |
| **Date:** | Monday, October 13, 2025 4:51:06 PM |
| **Attachments:** | Investigative Interview Questions Following LaGrande"s Findings.pdf |
| | Investigative Interview Questions Following LaGrande"s Findings.docx |

Rod,

Please see the attached list of questions.  I have provided the questions in a word doc as well as a PDF format.  Please provide your written response no later than Friday, October 17th at 8am.  I will provide a copy of LaGrande's report soon.

Thank you,
aimee



**Aimee VanNice** | Director of Human Resources / Assistant Superintendent
Aimee.VanNice@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.966.3206 **voice** | 541.966.4696 **fax**

**From:** Rod Theis <Rod.Theis@imesd.k12.or.us>
**Sent:** Friday, October 10, 2025 3:14 PM
**To:** Aimee VanNice <Aimee.VanNice@imesd.k12.or.us>
**Subject:** RE: Interview

Hi Aimee,

Given that this matter directly concerns the subject of ongoing litigation, I must decline to participate in an investigative interview. However, if IMESD has any questions related to the investigation, please provide them in writing so that I may respond. I also request that you provide a copy of La Grande's report.

Thank you,
Rod



**Rod Theis, LCSW** | Education Specialist
Rod.Theis@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.276.3211 **voice** | 541.966.3240 **fax**

This message, including any attachments or links, may contain privileged, confidential and/or legally protected information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete all copies of the original communication including any attachments and/or links.

**From:** Aimee VanNice <Aimee.VanNice@imesd.k12.or.us>

**Sent:** Thursday, October 9, 2025 1:02 PM
**To:** Rod Theis <Rod.Theis@imesd.k12.or.us>
**Subject:** Interview
**Importance:** High

Rod,

IMESD has received the District Investigation and Finding of Facts report, regarding the staff complaint that LaGrande School District received on August 26, 2025. Following this report, MESD will need to schedule an investigative interview with you.

Look at the following date/time offerings, and let me know when you have a 45-minute availability:

- Wednesday, October 15: Anytime between 8am-9am, 10:30am-11:30am, 1pm-4:30pm
- Thursday, October 16: Anytime between 12:30-4:30pm

Please provide your selected date and time no later than Friday, October 10th at 5pm.

Thank you,
aimee

---



**Aimee VanNice** | Director of Human Resources / Assistant Superintendent
Aimee.VanNice@imesd.k12.or.us
**InterMountain ESD** | www.imesd.k12.or.us
541.966.3206 **voice** | 541.966.4696 **fax**

**Theis Decl. Ex. 15 at 002**

**IMESD Investigative Interview Questions**
**Following LaGrande School District's Investigation and Finding of Facts Report**

1. On August 25, did you display the books He is He, She is She, or Johnny the Walrus in your office during work hours when students were on campus at La Grande Middle School?

2. Was the door to your office open when you were displaying copies of He is He, She is She, or Johnny the Walrus?

3. Does the door to your office open up into an area such as a hallway, that can be accessed by students?

4. Were you displaying the books He is He, She is She, or Johnny the Walrus when students visited your office?

5. What work were doing at that time?

6. Is it correct that when students entered your office while you had these books on display, you did not remove the books?

7. Is it correct that students were permitted by you to take the books and read aloud from them to the other students? Which books?

8. Did the students ask to read the books? Did you say yes?

Theis Decl. Ex. 15 at 003

9.  How long did the students read aloud from the books in your office?

10. Did the students read aloud from the books to other students? Did this occur while you were in the office?

11. The La Grande SD findings note that you "attempted to change the subject and ask who the students were and why they were in [your] office." Is this correct? What did you do to try and change the subject?

12. Did the student who was reading aloud from the book display the book to other students seated in your office? How many students were there?

13. How many students were in the office with you when the books were read aloud from?

14. Is it correct that you interacted with the students by discussing the books, their author, and why they wrote the book?

15. How long did that discussion go on for?

16. The La Grande SD findings state that you told students that the author was cool because they were a product of rape, and wrote the books to help others. Is that correct?

Theis Decl. Ex. 15 at 004