

2001 SW Nye Avenue
Pendleton, Oregon 97801
main 541.276.6616
fax 541.276.4252
www.imesd.k12.or.us

October 31, 2025

Re: Pre-Termination Meeting Notice

Dear Mr. Theis,

This letter serves as notice that the InterMountain ESD ("IMESD") is placing you on Paid Administrative Leave while considering termination of your employment as an Education Specialist with IMESD. Prior to making this decision, you are invited to a meeting to respond to IMESD's concerns on Tuesday, November 4th at 9:00 am in the IMESD Superintendent's office. You may also attend the meeting virtually by emailing Danielle Sackett to request a meeting link.

As you know, on September 18, 2025 LaGrande School District ("LGSD") completed an investigation into a complaint about your conduct on August 25, 2025. Among other conclusions, LGSD found that students reported to an LGSD teacher you shared the author of books you brought to school were "cool because the author was a product of rape and wrote these books to help others." As part of its own investigation, IMESD received written responses from you on October 20, 2025 after you declined to meet for an investigative interview. Among your responses, you describe how you shared with LGSD schoolchildren that the author of books you brought to school had a "positive experience of being adopted after his biological mother was raped and subsequently placed him up for adoption." As a consequence of your actions, LGSD communicated a formal request to make permanent your removal from LGSD and bar you from providing services to LGSD students as your actions put "students and district at risk and [do] not create the inclusive and welcoming environment we desire for all that are served within our district." The reasons IMESD are considering termination are as follows:

1. **Inability to perform your responsibilities and essential functions**: As a consequence of your most recent conduct, LGSD becomes the sixth school district served by IMESD that declines to have you provide services to its schoolchildren. Your conduct and resulting response from the

**Theis Decl. Ex. 19 at 001**



2001 SW Nye Avenue
Pendleton, Oregon 97801
main 541.276.6616
fax 541.276.4252
www.imesd.k12.or.us

districts we serve renders you unable to conduct comprehensive evaluations, participate in SST, MTSS, IEP, comprehensive evaluation planning, eligibility, manifestation determination review, and other meetings for a significant portion of students served in both your home base area and IMESD service area as a whole.

2. **Inability to create a positive work environment**: Your remarks about rape to four LGSD middle school students whom you admit you did not know and whom you had not established any rapport with falls short of the professional leadership and conduct responsibilities you have as an Education Specialist. Your conduct does not create a positive work environment or demonstrate sensitivity to those in the school environment. Concerns about your professionalism have been raised with you on many previous occasions, beginning on October 14, 2015, then on February 20, 2018, March 22, 2018, May 16, 2019, January 6, 2022, May 10, 2022, May 23, 2022, June 1, 2022, December 3, 2024, June 2024, October 30, 2024, and May 23, 2025. Concerns raised about your professionalism have come from at least six different school districts. Most recently, on September 24, 2025, you received a Letter of Reprimand arising from an investigation where it was substantiated that you made comments "overstepping professional boundaries" and that your conduct during a meeting with a District parent and student "fell short of the expectations of an IMESD Education Specialist to communicate clearly and effectively, even in difficult conversations with parents, students, and school teams."

You are welcome to bring a representative if you choose. If you do not attend the meeting, IMESD will act based upon the available information and notify you of the result.

Respectfully,

Aimee VanNice
Assistant Superintendent & Human Resources Director

**Theis Decl. Ex. 19 at 002**