

2001 SW Nye Avenue
Pendleton, Oregon 97801
main 541.276.6616
fax 541.276.4252
www.imesd.k12.or.us

November 5, 2025

Rod, During the November 4th Pretermination Meeting, you requested the opportunity to provide a written response to the concerns regarding your professionalism, outlined in the October 31st Pretermination Letter. I will honor this request. Specifically, you referenced additional information on the dates identified in the letter. Please note these dates are a non-exhaustive list of examples from your personnel file where concerns were raised about your professionalism.

- October 14, 2015 – Communications with Mr. Theis related to unprofessional behaviors in meetings with Milton-Freewater School District. **<u>Please disregard this date.</u>**

- February 20, 2018 – Concerns raised about Mr. Theis' professionalism from Milton-Freewater School District

- March 22, 2018 – Written follow-up to Mr. Theis related to professional expectations in Milton-Freewater School District

- May 16, 2019 – List of professional concerns shared with Mr. Theis from Milton-Freewater School District

- January 6, 2022 – ESD leadership met with Mr. Theis about professional expectations when serving students in response to LaGrande School District complaint

- May 10, 2022 – An ESD supervisor communicated with Mr. Theis about an unprofessional email sent by Mr. Theis to a LaGrande School District employee

- May 23, 2022 – Mr. Theis was given a letter of directive addressing unprofessional language and comments made by Mr. Theis in an email.

- June 1, 2022 – Mr. Theis' year-end evaluation addressed concerns with his professionalism in Ukiah School District, LaGrande School District and internally

**Theis Decl. Ex. 20 at 001**



2001 SW Nye Avenue
Pendleton, Oregon 97801
main 541.276.6616
fax 541.276.4252
www.imesd.k12.or.us

with IMESD, recommending he maintain professional and respectful communication and keep student conversations school-focused.

- June 2024 – Mr. Theis' year-end evaluation relating to work he was assigned in Elgin School District addresses Mr. Theis' disrespectful word choice and tone when interacting with others.

- October 30, 2024 – Mr. Theis' supervisor spoke with him about professional expectations in response to Mr. Theis' reported unprofessional behavior while working with IMESD IT.

- December 3, 2024 – Elgin School District leadership expressed concerns over Mr. Theis' unprofessional behavior.

- May 23, 2025 – A complaint was filed against Mr. Theis alleging unprofessional behavior exhibited by him toward a LaGrande School District parent and student. A retained investigator found that Mr. Theis' behavior was unprofessional. A letter of reprimand was issued to Mr. Theis on September 24, 2025

The deadline for the return of your written response is Friday, November 7, 5:00 PM.

Respectfully,

Mark S. Mulvihill, Ed.D
Superintendent

**Theis Decl. Ex. 20 at 002**